**WANG, HARTMANN, GIBBS & CAULEY, P.C.**
A Professional Law Corporation
Richard F. Cauley (SBN:109194)
rcauley@whglawfirm.com
Regis A. Guerin (SBN: 215170)
rguerin@whglawfirm.com
Jason B. Witten (SBN; 220612)
jwitten@whglawfirm.com
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER H. WANG, M.D., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STAYWELL COMPANY., a California corporation; and DOES 1-20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. SACV06-813 JVS (JTLx)<br><br>Judge: Otis D. Wright II<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently herewith: Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts; Declaration of Roger H. Wang; Declaration of Regis A. Guerin, Esq.; Compendium of Exhibits; [Proposed] Order]<br><br>Complaint Filed: August 29, 2006<br><br>Date: March 17, 2008<br>Time: 1:30 p.m.<br>Courtroom: 11 |

TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 17 at 1:30 p.m., or as soon thereafter as the parties may be heard in courtroom 11 of the above- referenced Court located at 312 North Spring Street, Los Angeles, California 90012, Plaintiff ROGER H. WANG ("Plaintiff"), pursuant to Federal Rules of Civil Procedure, Rule 56, will and hereby does move this Court to enter partial summary judgment

in its favor on each of the following issues and affirmative defenses asserted by Defendant THE STAYWELL COMPANY ("Defendant") in Defendant's Answer to Plaintiff's Complaint filed in this action:

1. Issue One: the Settlement Agreement and Mutual Release between Plaintiff and FastMark, Inc., dated October 31, 2003 ("Settlement Agreement"), does not bar Plaintiff's claims in the instant action because the Settlement Agreement only released past and present claims, not future claims by Plaintiff;

2. Issue Two: Defendant's Affirmative Defense Two (Settlement and Release) has no merit because the Settlement Agreement only released past and present claims, not future claims by Plaintiff;

3. Issue Three: Defendant's Affirmative Defense Three (Estoppel) to the extent based upon the Settlement Agreement, has no merit because the Settlement Agreement only released past and present claims, not future claims by Plaintiff;

4. Issuer Four: Defendant's Affirmative Defense Six (Ratification) to the extent based upon the Settlement Agreement, has no merit because the Settlement Agreement only released past and present claims, not future claims by Plaintiff;

5. Issue Five: Defendant's Count Three, Settlement and Release, has no merit because the Settlement Agreement only released past and present claims, not future claims by Plaintiff; and

6. Issue Six: Defendant's Count Four, Attorneys' Fees, has no merit because the Settlement Agreement only released past and present claims, not future claims by Plaintiff, and therefore, the fees provision is inapplicable to the instant action.

///
///

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the declaration of ROGER H. WANG, the declaration of REGIS A. GUERIN, ESQ., all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of hearing.

Dated: February 22, 2008

WANG, HARTMANN, GIBBS & CAULEY
A Professional Law Corporation

By: _____
Regis A. Guerin
Jason B. Witten
Attorneys for Plaintiff
Roger H. Wang, M.D.

## PROOF OF SERVICE [CCP 1013A(3)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, am over the age of eighteen (18), and not a party to the within action. My business address is: 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

On February 22, 2008 I served the foregoing document, described as:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

on the interested parties in this action

__X__ by placing the true copies thereof (or the original where required by law) enclosed in sealed envelopes addressed as follows:

Karen Corallo
Laura A. Offenbacher
Akin Gump Strauss Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201

David A. Nelson
Akin Gump Strauss Hauer & Feld, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

__X__ BY U.S. MAIL - I caused such envelope to be deposited in the United States Mail, First Class Postage Prepaid at Newport Beach, California on February 22, 2008

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing in the affidavit.

XXX I declare that I am employed in the office of a member of the Bar of this Court, at whose discretion the service was made.

XXX I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on February 22, 2008, at Newport Beach, California.

Faiza Anwar