1  KAREN C. CORALLO (admitted *pro hac vice*)
   AKIN GUMP STRAUSS HAUER & FELD LLP
2  1700 Pacific Avenue, Suite 4100
   Dallas, Texas  75201
3  Telephone:   214-969-2800
   Facsimile:   214-969-4343
4  E-Mail:      kcorallo@akingump.com

5  CHAD A. STEGEMAN (SBN 225745)
   Akin Gump Strauss Hauer & Feld LLP
6  580 California St., Ste. 1500
   San Francisco, California  94104
7  Telephone:   415-765-9500
   Facsimile:   415-765-9501
8  E-Mail:      cstegeman@akingump.com

9  Attorneys for Defendant and Counter-Plaintiff
   THE STAYWELL COMPANY, A DIVISION
10 OF MEDIMEDIA USA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| ROGER H. WANG, M.D., an individual,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>THE STAYWELL COMPANY., a California corporation; and DOES 1-20, inclusive,<br><br>Defendants and Counter-Plaintiffs. | Case No. SACV06-813 ODW (JTLx)<br><br>Judge:   Otis D. Wright II<br><br>**DEFENDANT AND COUNTER-PLAINTIFF THE STAYWELL COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         May 19, 2008<br>Time:         1:30 PM<br>Courtroom:    11<br><br>Complaint Filed:   August 29, 2006<br><br>Discovery Closed:   February 5, 2008<br>Pretrial Hearing:    June 9, 2008<br>Current Trial Date:  July 8, 2008 |

# NOTICE OF MOTION AND MOTION

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 19, 2008, at 1:30 PM in Courtroom 11 of this Court located at 312 North Spring Street, Los Angeles, CA, or as soon thereafter as the matter may be heard, defendant and counter-plaintiff The StayWell Company ("StayWell") will and hereby respectfully moves pursuant to Rule 56(c) of the Federal Rules of Civil Procedure for summary judgment of plaintiff Roger H. Wang's ("Plaintiff") claims because they are barred by a settlement agreement and mutual release he executed in 2003. Furthermore, there is no triable issue of material fact as to Plaintiff's claims of copyright infringement, breach of contract, unfair competition under Section 17200 of the California Business and Professional Code, intentional interference with contractual relations, and intentional interference with prospective business advantage. StayWell is entitled to judgment as a matter of law on these claims because:

1. Plaintiff executed a Settlement Agreement and Mutual Release in 2003, releasing StayWell from "any and all claims" related to the lawsuit that Plaintiff filed in 2003.
2. Plaintiff granted StayWell a nonexclusive license to use his copyrighted material and thereby waived his right to bring a copyright infringement claim;
3. The formatting elements of Plaintiff's coder products do not qualify for copyright protection;
4. Plaintiff's coder products can only qualify for "thin" copyright protection because all of the expressive elements of his coder products are inevitable;
5. StayWell did not breach the parties' nonexclusive license agreement because StayWell did not use Plaintiff's copyrighted material and

StayWell's product sales are not subject to the nonexclusive license agreement;

6. Plaintiff cannot maintain a claim for intentional interference with contractual relations because Plaintiff admits no contract existed between Plaintiff and a third party for StayWell to interfere with;

7. Plaintiff cannot base his claim for intentional interference with prospective business advantage on an alleged wrongdoing that amounts to a breach of contract;

8. Plaintiff cannot provide a legally cognizable basis for his claim of Unfair competition under Section 17200 of the California Business and Professional Code;

9. Under the unambiguous language of the License Agreement, the term Copyrighted Material only refers to ICD-9 code compilations, not formatting elements.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the supporting Declaration of Chad A. Stegeman with exhibits, the Proposed Statement of Uncontroverted Facts and Conclusions of Law, as well as other papers and pleadings on file and on such other argument and evidence as may be presented to the Court at or prior to the hearing on this motion.

Dated: April 28, 2008                AKIN GUMP STRAUSS HAUER & FELD LLP

By       /s/ Chad A. Stegeman
              Karen C. Corallo
              Chad A. Stegeman
       Attorneys for Defendant and Counter-Plaintiff
       THE STAYWELL COMPANY, A DIVISION OF
              MEDIMEDIA USA, INC.